**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JAMES RYAN RODGERS                                                                                       PLAINTIFF
ADC #109916

V.                                              NO: 4:15CV00013 JLH/JWC

PATE *et al.*                                                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendants Pate, Baldwin, Derrick, Ramsey, McCoy, Vaughn, Drew, Howard, Ervin, and Cade, are DISMISSED WITHOUT PREJUDICE, and Pate, Baldwin, Derrick, Ramsey, McCoy, Vaughn, Drew, Howard, Ervin, and Cade, are removed as party Defendants.

DATED this 21st day of May, 2015.

*J. Leon Holmes*
UNITED STATES DISTRICT JUDGE