**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JAMES RYAN RODGERS                                                                                                  PLAINTIFF
ADC #109916

v                                               NO: 4:15CV00013 JLH

CLAYTON EDWARDS, Captain,
White County Jail, et al.                                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 25th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE